UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS P. WILLIAMS, SR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:21-cv-00058 |
| | : | |
| STATE FARM, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 29th day of June, 2021, upon consideration of the Defendant's Amended Motion to Dismiss Plaintiff's Complaint in Part, ECF No. 5, Plaintiff's response thereto, ECF No. 7, Defendant's reply in support of its motion, ECF No. 9, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's partial motion to dismiss, ECF No. 5, is **GRANTED**.

2. Plaintiff's bad faith claim, Count II, is **DISMISSED without prejudice**.

3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Court's Opinion, file an amended complaint

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge