UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS P. WILLIAMS, SR., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:21-cv-00058 |
| | : | |
| STATE FARM, | : | |
|     Defendant. | : | |

# O R D E R

**AND NOW**, this 9th day of September, 2021, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Amended Complaint in Part, ECF No. 21, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's partial motion to dismiss, ECF No. 21, is **GRANTED**.

2. Plaintiff's bad faith claim, Count II, is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge